IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TERENCE HIGGINS,                    :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :    Civil Action No. 05-58-JJF
                                    :
THOMAS CARROLL, DR. ALI, and        :
FIRST CORRECTIONAL MEDICAL,         :
                                    :
        Defendants.                 :

## ORDER

At Wilmington, this _15_ day of November 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  The Clerk shall mail a copy of this Order and the Memorandum Opinion to Plaintiff.

2.  Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff shall complete and return to the Clerk of the Court an **original** "U.S. Marshal 285" form for **each Defendant** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to Del. Code Ann. tit. 10 § 3103(c). **Additionally, Plaintiff shall provide the Court with three copies of the Complaint (D.I. 2) for service upon the Defendants. Further, Plaintiff is notified that the United States Marshal will not serve the Complaint until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal 285" forms for each Defendant within 120 days**

**of this Order may result in the Complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3.  Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the Complaint (D.I. 2), this Memorandum Opinion and Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the Defendants so identified in each 285 form.

4.  Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a Defendant, the United States Marshal shall personally serve said Defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said Defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5.  Pursuant to Fed. R. Civ. P. 4(d)(3), a Defendant, who before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the Complaint, this Order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and

authorities and any supporting affidavits.

6.    No communication, including pleadings, briefs, statements of

      position, etc., will be considered by the Court in this

      civil action unless the documents reflect proof of service

      upon the parties or their counsel.  The Clerk is instructed

      not to accept any such document unless accompanied by proof

      of service.

                                          UNITED STATES DISTRICT JUDGE