TO: Office of the Clerk U.S. District Court

Attn: Clerk / To whom it may concern

From: I/m Terence Higgins SBI# 377072
Delaware Correctional Center
Smyrna De 19977

FILED
NOV 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

RE: I have recieved my copy of my memorandum opinion. In it it requests I return 3 copies of my original complaint to be served upon the defendants in my case. To my dismay I am unable to locate my copy due to my moving and that, it was originally filed in Febuary. Is it possible for the Clerks office please provide me with a new copy of the complaint filed before District Judge J.J. Fernan, Civil Action No. 05-58-JJF.

If needed I am willing to pay for the copy, if need be. This is very pertnant to my case. Thank you for your time.

Sincerely,

Terence Higgins
11-18-05